```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WRIST USE (HOUSTON) INC.,                                   :
                                                            :
                              Plaintiff,                    :
                                                            :        20-CV-5611 (VSB)
               -against-                                    :
                                                            :             ORDER
C.H. ROBINSON INTERNATIONAL, INC.,                          :
et al.,                                                     :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on July 20, 2020.  (Doc. 1.)  Defendants waived service on August 13, 2020, and their answers were due on September 28, 2020.  (Docs. 8, 9).  To date, Defendants have not responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 20, 2020.  If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 5, 2020
             New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge