```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WRIST USE (HOUSTON) INC.,                                   :
                                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :
                                                            :
C.H. ROBINSON INTERNATIONAL, INC.,                          :
et al.,                                                     :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2020

20-CV-5611 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 10, 2020
        New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge